**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-CR-20405-BECERRA**

**United States of America**,

v.

**Janet Risi Field and**
**Steven Louis Risi**,

Defendant.
_________________________________/

**ORDER GRANTING JOINT MOTION FOR CONTINUANCE AND RE-SETTING OF CRIMINAL TRIAL DATE**

**THIS CAUSE** came before the Court for Calendar Call on 11/10/26. Defendants filed a Joint Motion to Continue Trial [ECF No. 27]. The Court has considered the Motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. For the reasons stated in the Joint Motion, incorporated herein, the interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motion was filed, 11/04/2026, to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161. **Defendants' signed Waivers of Speedy Trial were filed as attachments to the motion on 11/4/2026.**

The Court hereby sets this case for a **Criminal Jury Trial** during the two-week period beginning on **January 25, 2027**. A Calendar Call and Status Conference will be held at **8:30 a.m. on January 20, 2027, in Courtroom 11-4 at the Wilkie D. Ferguson Courthouse**. Defendants are not required to appear for the Calendar Call.

The parties are directed to the Court's Order Setting Criminal Trial Date, Pretrial Schedule and Instructions, ECF No. [23] for all other trial instructions and pretrial deadlines.

**DONE AND ORDERED** in Miami, Florida on this 10th day of November 2026.

_________________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**