**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case Number: 26-20405-CR-BECERRA/TORRES**

**UNITED STATES OF AMERICA**

**v.**

**JANET RISI FIELD and**
**STEVEN LOUIS RISI,**

**Defendants.**
**________________________________/**

**GOVERNMENT'S SECOND RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. In addition to the previously produced discovery (*See* First Response to Standing Discovery Order DE 25), the government confirms its production of the following:

a. Via hand-delivery to each defense counsel, at the Court's call of the calendar, one hard drive containing the entire native files obtained from Independent Purchasing Cooperative, Inc. ("IPC.") mentioned in the government's First Response to the Standing Discovery Order (DE 25 ), described as:

IPC Native Production –
IPC-0000001 - IPC-0883609 (Processed data produced by Foley & Lardner LLP)
IPC Email Account(s) – Two hard drives from source, including 2.1 TBs of email communications from IPCOOP servers.
1. TPA-HD-00396
2. TPA-HD-00397

b. Via cloud-based discovery (USAFX), the following:

Georgia Pacific Production (Produced in native format) -
GP_RisiDOJ0000001 - GP_RisiDOJ0001658

c. Miscellaneous grand jury returns via cloud-based discovery (USAFX), the following:

PROD 003 – USA_0001302618 - USA_0001309143 (Additional GJ Returns, IPC

Haynes Boone Prod.)

PROD 004 – USA_0001309144 - USA_0001375188 (Additional GJ Returns, Supplement Prod. from Foley & Larner, IRS *Ex-Parte*).

Respectfully submitted,

YARA LORENZO KLUKAS
ACTING UNITED STATES ATTORNEY

By: *__/s/Roger Cruz__*
Eli Rubin
Roger Cruz
Assistant United States Attorneys
Florida Bar No. 157971
99 Northeast Fourth Street, Suite 400
Miami, Florida 33132
Tel: (305) 961-9207
E-mail: Roger.Cruz@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the undersigned electronically filed the foregoing document with the Clerk of Court using CM/ECF. In addition, marked documents and media were provided, as described above, to the following defense counsel:

Adriana Riviere-Badell, Esq.

David O. Markus, Esq.