**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20405-JB**

**UNITED STATES OF AMERICA,**

**v.**

**JANET RISI FIELD and**
**STEVEN LOUIS RISI,**

**Defendants.**
________________________________/

**THE PARTIES' SECOND SPEEDY TRIAL REPORT**

The United States of America (the "United States"), with the agreement of counsel for defendants Janet Risi Field and Steven Louis Risi, hereby files this Second Speedy Trial Report pursuant to Local Rule 88.5 regarding the status of this case under the Speedy Trial Act of 1984, 18 U.S.C. § 3161 *et. seq* (the "Speedy Trial Act"). The parties submit that as of this writing, post-indictment, 33 non-excludable days have elapsed pursuant to the Speedy Trial Act.

| | |
|---|---|
| Date of indictment: | September 17, 2026 |
| Date of defendants' initial appearances on the indictment: | September 30, 2026 |
| Date of defendants' arraignments on the indictment: | October 14, 2026 |
| Total number of days elapsed as of the date of this report: | 55 |
| Number of days excluded from computation as a result of pre-trial motions: | 0 |
| Number of days excluded from computation as a result of a continuance: | 21 |
| Number of days excluded from computation as a result of agreement/statute: | 1 |
| Total number of days excluded from computation: | 22 |
| Non-excludable speedy trial days elapsed as of the date of this report: | 33 |

Last date upon which the defendants can be tried: March 3, 2027[1]

Respectfully submitted,

YARA LORENZO KLUKAS
ACTING UNITED STATES ATTORNEY

By: */s/ Eli S. Rubin*
ELI S. RUBIN
Court ID No. A5503535
ROGER CRUZ
Assistant United States Attorneys
99 Northeast 4th Street, 4th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9247
E-mail: eli.rubin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 24, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

*/s/ Eli S. Rubin*
Eli S. Rubin

[1] Defendant Janet Risi Field waived her rights under the Speedy Trial Act up to and including January 31, 2027. Defendant Steven Louis Risi waived his rights under the act up to and including November 10, 2027. Pursuant to the Order dated November 10, 2026, the Court excluded the period from November 4, 2026, through and including the date trial commences, and set trial for the two-week period beginning January 25, 2027. (Dkt. Nos. 27-1, 27-2, and 32.)